C. RANDALL BUPP, ESQ. (SB# 065345)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591

Attorneys for LAFAYETTE EXCHANGE CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-43522 |
| Cheryl Ann Kasovsky, | Chapter 13 |
| Debtor. | **STIPULATION TO RELIEF FROM STAY RE: 3/4 ACRE VACANT LOT - WALNUT CREEK, CALIFORNIA** |

The following stipulation is hereby made and entered into by and between Debtor CHERYL ANN KASOVSKY (hereinafter "Debtor"), Chapter 13 Trustee MARTHA G. BRONITSKY, and LAFAYETTE EXCHANGE CORPORATION (hereinafter "LAFAYETTE") and is based on the following facts:

1. Debtor is the owner of a one-half interest in a three-quarter vacant and commonly known as 0 Wooten Drive, (hereinafter "the Subject Property") located in Walnut Creek, California.

2. Lafayette is the beneficiary of a deed of trust on the Subject Property. Lafayette holds a deed of trust of first priority on the Subject Property and there is substantial default under the Note secured by said deed of trust.

3. No notice of default has been recorded in connection with the deed of trust held by Lafayette on the Subject Property.

1
**STIPULATION TO RELIEF FROM STAY RE: 3/4 ACRE VACANT LOT -
WALNUT CREEK, CALIFORNIA**

THEREFORE, the Parties hereto stipulate as follows:

Lafayette shall have relief from the automatic stay of Bankruptcy Code § 362 to record and mail a notice of default in connection with its deed of trust on the Subject Property and, pursuant to California law, to publish a notice of sale and conduct a foreclosure sale under its deed of trust on the Subject Property, in the event that the default under the Note secured by said deed of trust is not secured.

**IT IS SO STIPULATED**.

Dated July 30, 2009      BARDELLINI, STRAW, CAVIN & BUPP LLP

By: /s/C. Randall Bupp
C. Randall Bupp
Attorneys for LAFAYETTE EXCHANGE CORPORATION

Dated July 30, 2009      LAW OFFICE OF DAVID A. ARIETTA

By: /s/ David A. Arietta
David A. Arietta
Attorneys for Debtor Cheryl Ann Kasovsky

Dated August 25, 2009      CHAPTER 13 TRUSTEE

/s/ Martha G. Bronitsky
Martha G. Bronitsky

C. RANDALL BUPP, ESQ. (SB# 065345)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591

Attorneys for LAFAYETTE EXCHANGE CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                 )    Case No. 09-43522
                                                       )
Cheryl Ann Kasovsky,                                   )    Chapter 13
                                                       )
             Debtor.                                   )    **ORDER GRANTING RELIEF FROM**
_____                )    **STAY PURSUANT TO STIPULATION**

    The Court having read and considered the stipulation for relief from stay entered into by and between Lafayette Exchange Corporation, Debtor Cheryl Ann Kasovsky, and Chapter 13 Trustee Martha G. Bronitsky, proper notice thereof having been given to creditors and other parties in interest pursuant to the provisions of Local Rule 9014-1, and no party having filed a timely objection to the terms of the stipulation or a request for hearing in connection therewith, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Lafayette Exchange Corporation be and hereby is granted relief from the automatic stay of *Bankruptcy Code* § 362 to initiate and complete foreclosure pursuant to California law on the deed of trust it holds on real property of the Estate consisting of a three-quarter acre vacant lot located in Walnut Creek, California and commonly known as 0 Wooten Drive,

*Approved as to Form*:

Dated ___July 30,___ 2009          Dated ___August 25___ 2009

By: ___/s/David A. Arietta___       By: ___/s/ Martha G. Bronitsky___
    David A. Arietta                            Martha G. Bronitsky
    Attorneys for Debtor                        Chapter 13 Trustee

**END OF ORDER**

# COURT SERVICE LIST

| | |
|---|---|
| David A. Arietta<br>Law Offices of David A. Arietta<br>700 Ygnacio Valley Rd. #200<br>Walnut Creek, CA 94596-3859 | GE Money Bank<br>c/o Recovery Management System<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 | Bank of America, N.A.<br>P.O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 |
| Wells Fargo Home Mortgage, Inc.<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O Box 17933<br>San Diego, CA 92177-7921 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, De 19850-5145 |
| Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Citibank<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| Cal State 9 Credit Union<br>7180 Koll Center Pkwy<br>Pleasanton, CA 94566-3184 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 |
| Citi Cards<br>PO Box 6940<br>The Lakes, NV 88901-6940 | First Source Advantage, LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 |
| Credit Collection Services<br>Check Processing Center<br>PO Box 52677<br>Phoenix, AZ 85072-2677 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114-0326 |
| First Horizon Home Loans<br>c/o McCarthy & Holthus LLP<br>1770 Fourth Ave.<br>San Diego, CA 92101-2607 | NCO Financial Systems<br>PO Box 17080<br>Wilmington, DE 19850-7080 |
| IndyMac Bank<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | OneWest Bank, FSB<br>c/o Barrett Daffin Frappier Treder & Wei<br>917 S. Village Oaks Dr., Ste. 200<br>Covina, CA 91724-3699 |
| Madison Park<br>tribune Tower<br>409 13th Street 8th Floor<br>Oakland, CA 94612-2607 | GMAC Mortgage, LLC<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Office of the U.S. Trustee<br>Oakland Office<br>1301 Clay St. #690N<br>Oakland, CA 94612-5231 | Aurora Loan Services<br>PO Box 78111<br>Phoenix, AZ 85062-8111 |
| | Brokstein & Rosen CPA<br>3100 Oak Rd #300<br>Walnut Creek, CA 94597-7738 |

| | | |
|---|---|---|
| 1 | Citi<br>PO Box 92350<br>Albuquerque, NM 87199-2350 | Wells Fargo HoMe Mortgage, Inc.<br>Bankruptcy Department<br>MAC # X2501-01D One HoMe Campus<br>Des Moines, IA 50328-0001 |
| 2 | | |
| 3 | Citibank CBSD<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | eCAST Settlement Corporation<br>Assignee of Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 |
| 4 | | |
| 5 | First Horizon Home Loans<br>PO Box 809<br>Memphis, TN 38101-0809 | |
| 6 | | |
| 7 | GMAC Mortgage<br>PO Box 4622<br>Waterloo, IA 50704-4622 | |
| 8 | | |
| 9 | National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | |
| 10 | | |
| 11 | PRA Receivables Management, LLC<br>As agent for FIA Card Services NA<br>aka Bank of America<br>PO Box 12907<br>Norfolk VA 23541-0907 | |
| 12 | | |
| 13 | | |
| 14 | Sears Credit Cards<br>PO Box 6937<br>The Lakes, NV 88901-6937 | |
| 15 | | |
| 16 | (p)US Bank<br>PO Box 5229<br>Cincinnati OH 45201-5229 | |
| 17 | | |
| 18 | United Recovery Systems, LP<br>PO Box 722910<br>Houston, TX 77272-2910 | |
| 19 | | |
| 20 | Van Cott, Bagley, Cornwall & McCarthy<br>36 South State Street, Suite 1900<br>PO Box 45340<br>Salt Lake City, UT 84145-0340 | |
| 21 | | |
| 22 | Wells Fargo Financial<br>P.O. Box 98798<br>Las Vegas, NV 89193-8798 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |